IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMPTE INDUSTRIES, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>MAXI-SEAL HARNESS SYSTEMS INC., a Texas corporation, and PETERSON MANUFACTURING COMPANY, a Missouri corporation,,<br><br>          Defendants. | 4:22-CV-3058<br><br>ORDER |

IT IS ORDERED:

1.  The defendants' unopposed motion to transfer (filing 10) is granted.

2.  The Clerk of the Court shall immediately effect transfer of this case to the U.S. District Court for the District of Colorado.

3.  The defendants shall answer or otherwise respond to the plaintiff's operative complaint within 14 days of the District of Colorado's opening of the case and assignment of a docket number.

Dated this 29th day of April, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge